IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 05-cr-00386-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWN P. MONTOYA,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (docket. no. 52). The basis for defendant's motion is the recent lowering of the United States Sentencing Guidelines for possession with intent to distribute "crack" cocaine, which could lead to a different Guideline recommendation than that considered by me at the time of the original sentencing. As a consequence, I should determine whether defendant's term of imprisonment should be reduced after consideration of all factors set forth in 18 U.S.C. § 3553(a).

    Defendant requests appointment of counsel and I note that he was previously represented by Thomas J. Hammond, pursuant to appointment under the Criminal Justice Act. For efficiency, Mr. Hammond should be reappointed unless he is unable to serve.

Accordingly, it is ordered:

1. Thomas J. Hammond is appointed to represent defendant under the Criminal Justice Act unless he notifies the court in writing within 10 days that he is unable to accept the appointment. Mr. Hammond, or the person appointed in his stead, and the Clerk shall forthwith complete all necessary Criminal Justice Act forms to complete this appointment.

2. Counsel shall review defendant's filing, and if appropriate, supplement it on or before September 23, 2008.

3. Government shall file a response within 14 days after counsel for defendant has supplemented defendant's motion but no later than October 7, 2008.

4. A telephonic status conference in this matter is scheduled for **November 12, 2008, at 11:00 a.m.** Counsel for the government shall initiate the call.

DATED at Denver, Colorado, on September 3, 2008.

                                                          BY THE COURT:


                                                          s/ Walker D. Miller
                                                          Senior United States District Judge