IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

_____

Date:             November 19, 2008
Courtroom Deputy: LaDonne Bush
Court Reporter:   Kara Spitler
Probation:        Grant Hanson

_____

Criminal Action No. 05-cr-00386-WDM

UNITED STATES OF AMERICA,                          Colleen Covell

    Plaintiff,

v.

1.    SHAWN P. MONTOYA,                        Thomas Hammond

    Defendant.

_____

## RESENTENCING - COURTROOM MINUTES

_____

9:00 a.m.    Court in session.

Defendant's presence is waived.

Argument by counsel.

Court's findings. Court incorporates by reference the findings from the original sentencing hearing on January 5, 2007, as well as the presentence investigation report addendum.

**ORDERED**: Motion for Sentencing Relief Pursuant to 18 USC §3582(c)(2) (Doc. 62) is granted as set forth on the record.

**ORDERED**: Defendant's sentence is amended to 60 months.

Court directs the probation officer to prepare an amended judgment.

9:10 a.m.    Court in recess.

Hearing concluded.
Time: 00:10