Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| SHAWN P. MONTOYA ) | Case No: 05-cr-00386-WDM-01 |
| ) | USM No: 33870-013 |
| Date of Previous Judgment: January 18, 2007 ) | Thomas J. Hammond, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❏ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 72 months **is reduced to** 60 months as to each count, to run concurrently.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 27                Amended Offense Level: 25
Criminal History Category: V              Criminal History Category: V
Previous Guideline Range: 120 to 150 months   Amended Guideline Range: 100 to 125 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

**III. ADDITIONAL COMMENTS**
At the sentencing hearing on January 5, 2007, the Court found that Criminal History Category V over-represented the seriousness of the defendant's criminal history and departed to Criminal History Category IV.

Except as provided above, all provisions of the judgment dated January 18, 2007, shall remain in effect.
**IT IS SO ORDERED**.

Order Date: November 19, 2008                s/ Walker D. Miller
                                              Judge's signature

Effective Date: _____               Walker D. Miller, Senior U.S. District Judge
       (if different from order date)              Printed name and title